Second Department. November 16, 1906.) Action by Mary J. Bender against Eva Burns Lee, impleaded with others. No opinion. Judgment unanimously affirmed, with costs.

BENNETT, Respondent, v. LONG ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by William S. Bennett against the Long Island Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

BERG, Respondent, v. WHALEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by William J. Berg, etc., against John L. Whalen and Robert T. Whalen, etc. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BERGER, Respondent, v. WEIDENFELD, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Maurice Berger against Camille Weidenfeld. W. K. Barton, for appellant. P. K. Deane, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERLINER, Appellant, v. BOWERY SAVINGS BANK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Isidor Berliner against the Bowery Savings Bank and another. A. B. Schleimer, for appellant. A. Steckler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements to the respondent Berliner. Order filed.

BERNSTEIN v. FLEAT. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Louis Bernstein against Chapin S. Fleat. No opinion. Motion denied, with $10 costs. Order filed.

BETTS et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Clara P. Betts and another against the state of New York.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

BICKERSTAFF v. SHUBERT et al. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Rowland M. Bickerstaff against Lee Shubert and others. J. Cantor, for appellant. J. Klein, for respondents. No opinion. Order modified by requiring payment of all costs to the time of amendment, and, as modified, affirmed, without costs. Settle order on notice.

BINGHAM, Respondent, v. THOMPSON–STARRETT Co., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Michael Bingham against the Thompson-Starrett Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BISSELL, METCALF & RILEY. (Supreme Court, Appellate Division, Fourth Department, December 28, 1906.) In the matter of the petition of Bissell, Metcalf & Riley to determine and enforce lien.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon the exceptions to the admission of evidence.

SPRING, J., dissents.

BLAUSTEIN, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Joseph Blaustein, as administrator, against the Dry Dock, East Broadway & Battery Railroad Company. E. D. O'Brien, for appellant. M. Feltenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BLEWETT et al. v. HOYT et al. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Edward Blewett and others against Colgate Hoyt and others. No opinion. Motion granted for the purpose of allowing appellant to apply in the court below for a resettlement of the case. Order filed.

BLOUNT, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Ira Blount, as administrator, etc., of Ira F. Blount, deceased, against the city of Troy. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $3,500, in which case the judgment as so reduced and order affirmed, without costs.

In re BOARD OF RAPID TRANSIT COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) In the matter of the application of the board of rapid transit commissioners for the city of New York for the appointment of three commissioners, etc., Brooklyn, Manhattan & Long Island City Route. No opinion. Motion granted, and newspapers designated.

In re BOHMBACH. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) In the matter of John Bohmbach. Order affirmed, without costs. No opinion.

BOHMERT et al. v. TOWER MFG. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by William R. Bohmert and another against the Tower Manufacturing Company. No opinion. Motion denied, without costs. Order filed.

BOHMERT et al., Respondents, v. TOWER MFG. & NOVELTY CO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by John R. Bohmert and others against the Tower

Manufacturing & Novelty Company. E. V. Abbot, for appellant. H. C. Hance, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOYER, Respondent, v. BOYER, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Catharine Louise Boyer against Frank W. Boyer. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRADFORD v. BANKER BROS. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Emily Bradford, as administratrix, against the Banker Bros. Company. No opinion. Order affirmed, with $10 costs and disbursements.

BRADY, Appellant, v. NEWTOWN CREEK TOWING CO.. Respondent. (Supreme court, Appellate Divison, Second Department. November 21, 1906.) Action by Walter Brady against the Newtown Creek Towing Company. No opinion. Judgment and order unanimously affirmed, with costs.

BREMER et al. v. MANHATTAN RY. CO. et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Samuel P. Bremer and others against the Manhattan Railway Company and others. No opinion. Order (99 N. Y. Supp. 746) affirmed, with $10 costs and disbursements.

BRENEN v. BRENEN et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Edward W. Brenen against Mark W. Brenen and others. No opinion. Motion granted, with $10 costs. Order filed.

BRENNAN, Respondent, v. DIENST, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Michael Brennan against Adam P. Dienst. No opinion. Judgment of the Municipal Court affirmed, with costs.

BREWSTER, Respondent, v. IRELAND, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Walter Shaw Brewster against John De Courcy Ireland. No opinion. Motion to dismiss appeal granted, with costs.

BROOKLYN HEIGHTS REALTY CO., Respondent, v. BASCOM et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by the Brooklyn Heights Realty Company against George J. Bascom, impleaded with William K. Kurtz, etc. No opinion. As the questions can be reviewed by the Court of Appeals on appeal from the final judgment, the motion to appeal to the Court of Appeals from the interlocutory judgment is denied.

BROOKLYN UNION GAS CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by the Brooklyn Union Gas Company against the city of New York.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: (1) In this action can the defendant question the lawfulness of the price charged for gas furnished and consumed by it on the ground that such price is in excess of the fair and reasonable value? (2) Is the actual cost to the plaintiff of the production and distribution of the gas a material fact in the controversy?

BROOKS BROS., Respondents, v. TIFFANY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Brooks Bros. against Louis C. Tiffany and others. A. F. Gotthold, for appellants. L. M. Berkeley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROUS et al. v. GIVEN. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Philip Brous and others against Minnie B. Given. No opinion. Order affirmed, with $10 costs and disbursements.

BROWN v. BROWN et al. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Alfred S. Brown against Lee A. Brown and another. No opinion. Motion denied. Order filed.

BROWN, Respondent, v. RICHMOND CEDAR WORKS, Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Action by Andrew Brown against the Richmond Cedar Works. C. T. Hess, for appellant. N. T. M. Melliss, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

BUCKBEE v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Sarah E. Buckbee against the board of education. No opinion. Motion granted. Order filed.

BUFFALO GERMAN INS. CO., Respondent, v. TITLE GUARANTY & TRUST CO., OF SCRANTON, PA., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by the Buffalo German Insurance Company against the Title Guaranty & Trust Company of Scranton, Pa. No opinion. Interlocutory judgment (99 N. Y. Supp. 883) affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

BUFFALO GERMAN INS. CO. v. TITLE GUARANTY & TRUST CO. OF SCRANTON, PA. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by the Buffalo German Insurance Company against the Title Guaranty & Trust Com-